**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____      Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Peace Inc. | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1167343 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 6550 N. Clark St. <br> Chicago, IL 60626 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Cook <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Peace Inc.
_____    Case number (if known) _____
         Name

| 7. | Describe debtor's business | A. Check one: |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4853

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Peace Inc.                                                    Case number (*if known*)
          _____
          Name

**11.  Why is the case filed in**      *Check all that apply:*
**this district?**
                                       ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                           preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                       ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**        ■ No
**have possession of any**
**real property or personal**          ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard?  _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐ Other  _____

                                       **Where is the property?**  _____
                                                                   Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐ No

                                       ☐ Yes.   Insurance agency  _____
                                                Contact name     _____
                                                Phone            _____

---

|   | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of**     .     *Check one:*
**available funds**
                                    ☐ Funds will be available for distribution to unsecured creditors.

                                    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**        ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                       ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                    ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                    ☐ 200-999

**15.  Estimated Assets**           ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                    ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**      ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    Peace Inc. _____     Case number (if known) _____
          Name

▬▬  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April  3, 2020___
              MM / DD / YYYY

**X** /s/ Alganesh Iyassu _____          Alganesh Iyassu _____
Signature of authorized representative of debtor        Printed name

Title    Secretary _____

---

**18. Signature of attorney**

**X** /s/ Robert R. Benjamin _____     Date  April  3, 2020 _____
Signature of attorney for debtor                          MM / DD / YYYY

Robert R. Benjamin _____
Printed name

Golan Christie Taglia LLP _____
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602 _____
Number, Street, City, State & ZIP Code

Contact phone   (312) 263-2300 _____     Email address   rrbenjamin@gct.law _____

0170429 IL _____
Bar number and State

Debtor    Peace Inc.
_____    Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS
_____

Case number (*if known*) _____    Chapter    11

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | 3860 Taxi Corp. | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | Choice Enterprise Inc. | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | Kimberly Taxi Co. | | Relationship to you | Insider shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | Natzac, Inc. | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | RSA Cab Corp. | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | Senai Taxi Corp. | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | Siam Incorporated I | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |
| Debtor | Zion Cab Incorporated | | Relationship to you | Same shareholder |
| District | Northern District of Illinois | When | 4/03/20 | Case number, if known |

**Fill in this information to identify the case:**

Debtor name _____Peace Inc._____

United States Bankruptcy Court for the: ____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____April  3, 2020____    **X** /s/ Alganesh Iyassu
                                    Signature of individual signing on behalf of debtor

                                    Alganesh Iyassu
                                    Printed name

                                    Secretary
                                    Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Peace Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alganesh Iyassu 6724 N. Karlov Ave. Lincolnwood, IL 60712 | alga@choicetaxiassociation.com | Loan | | | | $900.00 |
| Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | 217-785-2635 | 2019 Taxes | Unliquidated | | | $108.00 |
| Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | 217-785-2635 | 2018 Taxes | Unliquidated | | | $106.00 |
| John Khoury Accountants 3034 W. Devon Avenue Chicago, IL 60659 | johnesho1@aol.com | Accounting services | | | | $2,500.00 |
| Nicholas M. Duric 350 S. Northwest Highway, Ste. 300 Park Ridge, IL 60068 | duriclaw@att.net | Legal services | | | | $4,000.00 |
| Pentagon Federal Credit Union c/o Eric J. Malnar 1755 S. Naperville Rd., Ste. 200 Wheaton, IL 60189 | emalnar@huckbouma.com | See Progressive Credit Union | Unliquidated Disputed | | | See below |
| Progressive Credit Union c/o David Koshers 131 W. 33rd St., 7th Fl. New York, NY 10001 | info@hq.penfed.org | June 19, 2014 Loan Agreement | Unliquidated | $1,055,589.01 | $162,565.72 | $893,023.29 |
| Zenebe Asgedom 4650 N. Sheridan Rd. Chicago, IL 60640 | zenebe.asgedom@gmail.com | Goods and Services | Unliquidated | | | $48,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Peace Inc.
Name

Case number *(if known)*

**Fill in this information to identify the case:**

Debtor name      Peace Inc.

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $     162,565.72

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $     162,565.72

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     1,055,589.01

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     214.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     55,400.00

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b
   $     1,111,203.01

**Fill in this information to identify the case:**

Debtor name ___Peace Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 8525 | $6,325.72 |
| 3.2. | Pentagon Federal Credit Union | Regular Share Account | 5410 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                     $6,325.72
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Peace Inc.

Case number *(If known)*

Name

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   2015 Toyota Prius taxicab plate number 6213TX | | Liquidation | $3,100.00 |
| 47.2.   2014 Toyota Camry Hybrid taxicab | | Liquidation | $3,140.00 |

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$6,240.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    Peace Inc.                                              Case number *(If known)*
_____
Name

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| Chicago Taxicab Medallion License Nos. 643, 3059, 3314, 5799, 6165, 6213 | | Average of sale prices from December 1, 2019 to March 31, 2020 | $150,000.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                    $150,000.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Peace Inc.
_____    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,325.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,240.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $150,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $162,565.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $162,565.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Peace Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:       List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Pentagon Federal Credit Union | |
|---|---|---|

Creditor's Name

131 W. 33rd St., 7th Fl.
New York, NY 10001
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                     See below

**Describe the lien**
See Progressive Credit Union

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | Pentagon Federal Credit Union | |
|---|---|---|

Creditor's Name

c/o Eric J. Malnar
1755 S. Naperville Rd., Ste. 200
Wheaton, IL 60189
Creditor's mailing address

emalnar@huckbouma.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**                     See below

**Describe the lien**
See Progressive Credit Union

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Peace Inc.
_____
Name

Case number (if known) _____

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | Progressive Credit Union | Describe debtor's property that is subject to a lien | $1,055,589.01 | $162,565.72 |
|---|---|---|---|---|

Creditor's Name

June 19, 2014 Loan Agreement

c/o David Koshers
131 W. 33rd St., 7th Fl.
New York, NY 10001
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

info@hq.penfed.org
_____
Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,055,589.01

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name      Peace Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
| | Illinois Department of Revenue | *Check all that apply.* | | |
| | Bankruptcy Section | ☐ Contingent | | |
| | PO Box 64338 | ■ Unliquidated | | |
| | Chicago, IL 60664 | ☐ Disputed | | |
| | | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2019 Taxes | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $106.00 |
| | Illinois Department of Revenue | *Check all that apply.* | | |
| | Bankruptcy Section | ☐ Contingent | | |
| | PO Box 64338 | ■ Unliquidated | | |
| | Chicago, IL 60664 | ☐ Disputed | | |
| | | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2018 Taxes | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    24966                    Best Case Bankruptcy

| Debtor | Peace Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $900.00 |
|---|---|---|---|

Alganesh Iyassu
6724 N. Karlov Ave.
Lincolnwood, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 |
|---|---|---|---|

John Khoury Accountants
3034 W. Devon Avenue
Chicago, IL 60659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Accounting services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|---|---|---|---|

Nicholas M. Duric
350 S. Northwest Highway, Ste. 300
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Legal services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48,000.00 |
|---|---|---|---|

Zenebe Asgedom
4650 N. Sheridan Rd.
Chicago, IL 60640

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods and Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 214.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 55,400.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 55,614.00 |

**Fill in this information to identify the case:**

Debtor name _____Peace Inc._____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2012 Toyota Prius V plate number 6165TX.  Lease expires 1/9/2021. | |
| | State the term remaining | 10 months | Choice Leasing Corp. |
| | List the contract number of any government contract | | 6550 N. Clark St. Chicago, IL 60626 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2011 Toyota Prius plate number 5799TX | |
| | State the term remaining | | Choice Leasing Corp. |
| | List the contract number of any government contract | | 6550 N. Clark St. Chicago, IL 60626 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2011 Toyota Prius plate number 643TX | |
| | State the term remaining | | Choice Leasing Corp. |
| | List the contract number of any government contract | | 6550 N. Clark St. Chicago, IL 60626 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2011 Ford Escape plate number 3314TX. Lease expires 08/23/2020 | |
| | State the term remaining | 5 months | Whiz Cab Co. |
| | List the contract number of any government contract | | 6550 N. Clark St. Chicago, IL 60626 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Peace Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 3860 Taxi Corp. | 6550 N. Clark St. Chicago, IL 60626 | Progressive Credit Union | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.2 3860 Taxi Corp. | 6550 N. Clark St. Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____ ■ E/F ___3.4___ ☐ G _____ |
| 2.3 Alganesh Iyassu | 6724 N. Karlov Ave. Lincolnwood, IL 60712 | Progressive Credit Union | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.4 Alganesh Iyassu | 6724 N. Karlov Ave. Lincolnwood, IL 60712 | Zenebe Asgedom | ☐ D _____ ■ E/F ___3.4___ ☐ G _____ |
| 2.5 Choice Enterprise Inc. | 6550 N. Clark St. Chicago, IL 60626 | Progressive Credit Union | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | Peace Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.6 | Choice Enterprise Inc. | 6550 N. Clark St. Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____ ■ E/F   3.4 ☐ G _____ |
| 2.7 | Kimberly Taxi Co. | 6550 N. Clark St. Chicago, IL 60626 | Progressive Credit Union | ■ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.8 | Kimberly Taxi Co. | 6550 N. Clark St. Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____ ■ E/F   3.4 ☐ G _____ |
| 2.9 | Natzac, Inc. | 6550 N. Clark St. Chicago, IL 60626 | Progressive Credit Union | ■ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.10 | Natzac, Inc. | 6550 N. Clark St. Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____ ■ E/F   3.4 ☐ G _____ |
| 2.11 | RSA Cab Corp. | 6550 N. Clark St. Chicago, IL 60626 | Progressive Credit Union | ■ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.12 | RSA Cab Corp. | 6550 N. Clark St. Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____ ■ E/F   3.4 ☐ G _____ |
| 2.13 | Senai Taxi Corp. | 6550 N. Clark St. Chicago, IL 60626 | Progressive Credit Union | ■ D   2.3 ☐ E/F _____ ☐ G _____ |

| Debtor | Peace Inc. | Case number *(if known)* | |
|---|---|---|---|

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Senai Taxi Corp. | 6550 N. Clark St.<br>Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

| 2.15 | Siam Incorporated I | 6550 N. Clark St.<br>Chicago, IL 60626 | Progressive Credit Union | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| 2.16 | Siam Incorporated I | 6550 N. Clark St.<br>Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

| 2.17 | Zerezghi Iyassu | 6724 N. Karlov Ave.<br>Lincolnwood, IL 60712 | Progressive Credit Union | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| 2.18 | Zerezghi Iyassu | 6724 N. Karlov Ave.<br>Lincolnwood, IL 60712 | Zenebe Asgedom | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

| 2.19 | Zion Cab Incorporated | 6550 N. Clark St.<br>Chicago, IL 60626 | Progressive Credit Union | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| 2.20 | Zion Cab Incorporated | 6550 N. Clark St.<br>Chicago, IL 60626 | Zenebe Asgedom | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Peace Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other _____ | $8,575.00 |
| For prior year:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $28,236.00 |
| For year before that:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $26,544.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor   Peace Inc.                                    Case number *(if known)*_____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. Progressive Credit Union v. 6550 N. Clark LLC, Zerezghi Iyassu, Algannesh Iyassu, RSA Cab Corp. 3680 Taxi Corp., Choice Enterprises Inc., Natzac, Inc. Peace Inc., Siam Inc., Senai Taxi Corp., Zion Cab Inc., Kimberly Taxi Co., Unknown Owners and Non-Record Claimants 18 CH 12505 | Foreclosure | Circuit Court of Cook County 50 W. Washington St. Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Peace Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Golan Christie Taglia LLP<br>70 W. Madison Street<br>Suite 1500<br>Chicago, IL 60602 | | March 2020 | $6,717.00 |
| | **Email or website address**<br>gct.law | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    Peace Inc.                                        Case number *(if known)*

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Peace Inc.                                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

| Debtor | Peace Inc. | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    John Khoury Accountants<br>3034 W. Devon Avenue<br>Chicago, IL 60659 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Zerezghi Iyassu | 6724 N. Karlov Av.<br>Lincolnwood, IL 60712 | President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alganesh Iyassu | 6724 N. Karlov Ave.<br>Lincolnwood, IL 60712 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Peace Inc.                                                    Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>. | Zerezghi Iyassu<br>6724 N. Karlov Ave.<br>Lincolnwood, IL 60712 | $720 | April 2019-March 2020 | Services |
| | **Relationship to debtor**<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April  3, 2020___

/s/ Alganesh Iyassu                                    Alganesh Iyassu
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    ___Secretary___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   Peace Inc.                            Case No. _____

                                      Debtor(s)          Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   April  3, 2020                    Signature   /s/ Alganesh Iyassu

                                                        Alganesh Iyassu

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Peace Inc.                                                          Case No.

_____   Chapter   11
                                        Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____ 33

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April  3, 2020                           /s/ Alganesh Iyassu
_____               _____
                                      Alganesh Iyassu/Secretary
                                      Signer/Title

```
3860 Taxi Corp.
6550 N. Clark St.
Chicago, IL 60626


3860 Taxi Corp.
6550 N. Clark St.
Chicago, IL 60626


Alganesh Iyassu
6724 N. Karlov Ave.
Lincolnwood, IL 60712


Alganesh Iyassu
6724 N. Karlov Ave.
Lincolnwood, IL 60712


Alganesh Iyassu
6724 N. Karlov Ave.
Lincolnwood, IL 60712


Choice Enterprise Inc.
6550 N. Clark St.
Chicago, IL 60626


Choice Enterprise Inc.
6550 N. Clark St.
Chicago, IL 60626


Choice Leasing Corp.
6550 N. Clark St.
Chicago, IL 60626


Choice Leasing Corp.
6550 N. Clark St.
Chicago, IL 60626


Choice Leasing Corp.
6550 N. Clark St.
Chicago, IL 60626


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664
```

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


John Khoury Accountants
3034 W. Devon Avenue
Chicago, IL 60659


Kimberly Taxi Co.
6550 N. Clark St.
Chicago, IL 60626


Kimberly Taxi Co.
6550 N. Clark St.
Chicago, IL 60626


Natzac, Inc.
6550 N. Clark St.
Chicago, IL 60626


Natzac, Inc.
6550 N. Clark St.
Chicago, IL 60626


Nicholas M. Duric
350 S. Northwest Highway, Ste. 300
Park Ridge, IL 60068


Pentagon Federal Credit Union
131 W. 33rd St., 7th Fl.
New York, NY 10001


Pentagon Federal Credit Union
c/o Eric J. Malnar
1755 S. Naperville Rd., Ste. 200
Wheaton, IL 60189


Progressive Credit Union
c/o David Koshers
131 W. 33rd St., 7th Fl.
New York, NY 10001

RSA Cab Corp.
6550 N. Clark St.
Chicago, IL 60626


RSA Cab Corp.
6550 N. Clark St.
Chicago, IL 60626


Senai Taxi Corp.
6550 N. Clark St.
Chicago, IL 60626


Senai Taxi Corp.
6550 N. Clark St.
Chicago, IL 60626


Siam Incorporated I
6550 N. Clark St.
Chicago, IL 60626


Siam Incorporated I
6550 N. Clark St.
Chicago, IL 60626


Whiz Cab Co.
6550 N. Clark St.
Chicago, IL 60626


Zenebe Asgedom
4650 N. Sheridan Rd.
Chicago, IL 60640


Zerezghi Iyassu
6724 N. Karlov Ave.
Lincolnwood, IL 60712


Zerezghi Iyassu
6724 N. Karlov Ave.
Lincolnwood, IL 60712


Zion Cab Incorporated
6550 N. Clark St.
Chicago, IL 60626

```
Zion Cab Incorporated
6550 N. Clark St.
Chicago, IL 60626
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Peace Inc.

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Peace Inc.___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  3, 2020

Date

/s/ Robert R. Benjamin

Robert R. Benjamin

Signature of Attorney or Litigant

Counsel for   Peace Inc.

Golan Christie Taglia LLP

70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
rrbenjamin@gct.law

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Go to *www.irs.gov/Form1120S* for instructions and the latest information. | 20**19** |

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20_____

| **A** S election effective date **12/21/2019** | **TYPE OR PRINT** | Name **PEACE INC** | **D** Employer identification number _____7343 |
|---|---|---|---|
| **B** Business activity code number (see instructions) **485310** | | Number, street, and room or suite no. If a P.O. box, see instructions. **6550 N CLARK ST** | **E** Date incorporated **12 /21 /2009** |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code **CHICAGO IL 60626** | **F** Total assets (see instructions) $ **0** |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☐ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . ▶  1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 28236 | |
| | **b** Returns and allowances | **1b** 0 | |
| | **c** Balance. Subtract line 1b from line 1a | **1c** | 28236 |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 0 |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 28236 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | 0 |
| | **5** Other income (loss) (see instructions—attach statement) | **5** | 0 |
| | **6** **Total income (loss).** Add lines 3 through 5 ▶ | **6** | 28236 |
| **Deductions** (see instructions for limitations) | **7** Compensation of officers (see instructions—attach Form 1125-E) | **7** | 0 |
| | **8** Salaries and wages (less employment credits) | **8** | 0 |
| | **9** Repairs and maintenance | **9** | 0 |
| | **10** Bad debts | **10** | 0 |
| | **11** Rents | **11** | 0 |
| | **12** Taxes and licenses . . . . . . . . STATEMENT#1 | **12** | 6488 |
| | **13** Interest (see instructions) | **13** | 0 |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 0 |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | **15** | 0 |
| | **16** Advertising | **16** | 0 |
| | **17** Pension, profit-sharing, etc., plans | **17** | 0 |
| | **18** Employee benefit programs | **18** | 0 |
| | **19** Other deductions (attach statement) . . . . STATEMENT#2 | **19** | 14525 |
| | **20** **Total deductions.** Add lines 7 through 19 ▶ | **20** | 21013 |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | 7223 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** 0 | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** 0 | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | **22c** | 0 |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** 0 | |
| | **b** Tax deposited with Form 7004 | **23b** 0 | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** 0 | |
| | **d** Refundable credit from Form 8827, line 5c | **23d** 0 | |
| | **e** Add lines 23a through 23d | **23e** | 0 |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ▶ ☐ | **24** | 0 |
| | **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | **25** | 0 |
| | **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | **26** | 0 |
| | **27** Enter amount from line 26: **Credited to 2020 estimated tax ▶** 0  **Refunded ▶** | **27** | 0 |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No |
|---|---|---|
| | ▶ _____  03/10/2019  ▶ PRESIDENT | |
| | Signature of officer  Date  Title | |

| **Paid Preparer Use Only** | Print/Type preparer's name **JOHN KHOURY** | Preparer's signature **JOHN J KHOURY** | Date **03/30/2020** | Check ☐ if self-employed | PTIN **P0-0711603** |
|---|---|---|---|---|---|
| | Firm's name ▶ **KHOURY ACCOUNTING** | | | Firm's EIN ▶ _____8271 | |
| | Firm's address ▶ **3034 W DEVON** **CHICAGO IL 60659** | | | Phone no. **773-9736004** | |

**For Paperwork Reduction Act Notice, see separate instructions.**  Form **1120-S** (2019)

BNA

Form 1120-S (2019) — Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash   **b** ☐ Accrual
  **c** ☐ Other (specify) ▶ ----------------------------------------------------------

**2** See the instructions and enter the:
**a** Business activity ▶ TRANSIT AND GROUND PAS   **b** Product or service ▶ TAXI SERVICE

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . .   | | | | | | X |

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . .   | | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . .   | | | | | | X |
  If "Yes," complete lines (i) and (ii) below.
  **(i)**  Total shares of restricted stock . . . . . . . . . ▶ ------------- 0
  **(ii)**  Total shares of non-restricted stock . . . . . . . ▶ ------------- 0

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?   | | | | | | X |
  If "Yes," complete lines (i) and (ii) below.
  **(i)**  Total shares of stock outstanding at the end of the tax year . ▶ ------------- 0
  **(ii)**  Total shares of stock outstanding if all instruments were executed ▶ ------------- 0

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . .   | | | | | | X |

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . ▶ ☒
  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . ▶ $ ------------- 0

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . .   | | | | | | X |

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . .   | | | | | | X |
**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.
**c** The corporation is a tax shelter and the corporation has business interest expense.
  If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . .   | | | | | X | |
**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
**b** The corporation's total assets at the end of the tax year were less than $250,000.
  If "Yes," the corporation is not required to complete Schedules L and M-1.

Form **1120-S** (2019)

Form 1120-S (2019)

Page **3**

## Schedule B — Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . | | X |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . | | X |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 14 . . . . . . . . ▶ $   0 | | |

## Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . | **1** | 7223 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | **2** | 0 |
| | 3a | Other gross rental income (loss) . . . . . . `3a` 0 | | |
| | b | Expenses from other rental activities (attach statement) . . . `3b` 0 | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . | **3c** | 0 |
| | 4 | Interest income . . . . . . . . . . . . . . . . | **4** | 0 |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . | **5a** | 0 |
| | | b Qualified dividends . . . . . `5b` 0 | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . | **6** | 0 |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . | **7** | 0 |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . | **8a** | 0 |
| | b | Collectibles (28%) gain (loss) . . . . . . . `8b` 0 | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . `8c` 0 | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . | **9** | 0 |
| | 10 | Other income (loss) (see instructions)  Type ▶ | **10** | 0 |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . | **11** | 0 |
| | 12a | Charitable contributions . . . . . . . . . . . . | **12a** | 0 |
| | b | Investment interest expense . . . . . . . . . . . | **12b** | 0 |
| | c | Section 59(e)(2) expenditures  (1) Type ▶_____ (2) Amount ▶ | **12c(2)** | 0 |
| | d | Other deductions (see instructions)  Type ▶ | **12d** | 0 |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . | **13a** | 0 |
| | b | Low-income housing credit (other) . . . . . . . . . | **13b** | 0 |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | **13c** | 0 |
| | d | Other rental real estate credits (see instructions)  Type ▶_____ | **13d** | 0 |
| | e | Other rental credits (see instructions) . . .  Type ▶_____ | **13e** | 0 |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . | **13f** | 0 |
| | g | Other credits (see instructions) . . . .  Type ▶ | **13g** | 0 |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶_____ | | |
| | b | Gross income from all sources . . . . . . . . . . | **14b** | 0 |
| | c | Gross income sourced at shareholder level . . . . . . . | **14c** | 0 |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use . . . . . . . . . . . . | **14d** | |
| | e | Foreign branch category . . . . . . . . . . . . | **14e** | 0 |
| | f | Passive category . . . . . . . . . . . . . . | **14f** | 0 |
| | g | General category . . . . . . . . . . . . . . | **14g** | 0 |
| | h | Other (attach statement) . . . . . . . . . . . . | **14h** | 0 |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . . . . . . . . . | **14i** | 0 |
| | j | Other . . . . . . . . . . . . . . . . . . | **14j** | 0 |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use . . . . . . . . . . . . | **14k** | |
| | l | Foreign branch category . . . . . . . . . . . . | **14l** | 0 |
| | m | Passive category . . . . . . . . . . . . . . | **14m** | 0 |
| | n | General category . . . . . . . . . . . . . . | **14n** | 0 |
| | o | Other (attach statement) . . . . . . . . . . . . | **14o** | 0 |
| | | Other information | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued . . . . ▶ | **14p** | 0 |
| | q | Reduction in taxes available for credit (attach statement) . . . . | **14q** | 0 |
| | r | Other foreign tax information (attach statement) | | |

Form **1120-S** (2019)

Form 1120-S (2019)

Page **4**

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | | Total amount |
|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . | 15a | 0 |
| | b | Adjusted gain or loss . . . . . . . . . . . | 15b | 0 |
| | c | Depletion (other than oil and gas) . . . . . . . | 15c | 0 |
| | d | Oil, gas, and geothermal properties—gross income | 15d | 0 |
| | e | Oil, gas, and geothermal properties—deductions . | 15e | 0 |
| | f | Other AMT items (attach statement) . . . . . . | 15f | 0 |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . | 16a | 0 |
| | b | Other tax-exempt income . . . . . . . . . . | 16b | 0 |
| | c | Nondeductible expenses . . . . . . . . . . | 16c | 0 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 0 |
| | e | Repayment of loans from shareholders . . . . . | 16e | 0 |
| **Other Information** | 17a | Investment income . . . . . . . . . . . . | 17a | 0 |
| | b | Investment expenses . . . . . . . . . . . | 17b | 0 |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | 0 |
| | d | Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p . | 18 | 7223 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . | | 0 | | 0 |
| 2a | Trade notes and accounts receivable . . . | 0 | | 0 | |
| b | Less allowance for bad debts . . . . | ( 0 ) | 0 | ( 0 ) | 0 |
| 3 | Inventories . . . . . . . . . . . | | 0 | | 0 |
| 4 | U.S. government obligations . . . . . . | | 0 | | 0 |
| 5 | Tax-exempt securities (see instructions) . . | | 0 | | 0 |
| 6 | Other current assets (attach statement) . . | | 0 | | 0 |
| 7 | Loans to shareholders . . . . . . . . | | 0 | | 0 |
| 8 | Mortgage and real estate loans . . . . . | | 0 | | 0 |
| 9 | Other investments (attach statement) . . . | | 0 | | 0 |
| 10a | Buildings and other depreciable assets . . | 0 | | 0 | |
| b | Less accumulated depreciation . . . . | ( 0 ) | 0 | ( 0 ) | 0 |
| 11a | Depletable assets . . . . . . . . . | 0 | | 0 | |
| b | Less accumulated depletion . . . . . | ( 0 ) | 0 | ( 0 ) | 0 |
| 12 | Land (net of any amortization) . . . . . | | 0 | | 0 |
| 13a | Intangible assets (amortizable only) . . . | 0 | | 0 | |
| b | Less accumulated amortization . . . . | ( 0 ) | 0 | ( 0 ) | 0 |
| 14 | Other assets (attach statement) . . . . . | | 0 | | 0 |
| 15 | Total assets . . . . . . . . . . . | | 0 | | 0 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . | | 0 | | 0 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 0 | | 0 |
| 18 | Other current liabilities (attach statement) . . | | 0 | | 0 |
| 19 | Loans from shareholders . . . . . . . | | 0 | | 0 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 0 | | 0 |
| 21 | Other liabilities (attach statement) . . . . | | 0 | | 0 |
| 22 | Capital stock . . . . . . . . . . | | 0 | | 0 |
| 23 | Additional paid-in capital . . . . . . . | | 0 | | 0 |
| 24 | Retained earnings . . . . . . . . . | | 0 | | 0 |
| 25 | Adjustments to shareholders' equity (attach statement) | | 0 | | 0 |
| 26 | Less cost of treasury stock . . . . . . | | ( 0 ) | | ( 0 ) |
| 27 | Total liabilities and shareholders' equity . . | | 0 | | 0 |

Form **1120-S** (2019)

Form 1120-S (2019)

Page **5**

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 | Net income (loss) per books . . . . | 0 | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | 0 | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | |
| a | Depreciation $ __0__ | | |
| b | Travel and entertainment $ __0__ | | |
| 4 | Add lines 1 through 3 . . . . . . . | 0 | |

| | | | |
|---|---|---|---|
| 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| a | Tax-exempt interest $ _____0_____ | | 0 |
| 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| a | Depreciation $ _____0 | | |
| | _____ | | 0 |
| 7 | Add lines 5 and 6 . . . . . . . | | 0 |
| 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . | | 0 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | 7037 | | 0 | 0 |
| 2 | Ordinary income from page 1, line 21 . . . | 7223 | | | |
| 3 | Other additions . . . . . . . . . | 0 | | | 0 |
| 4 | Loss from page 1, line 21 . . . . . . | ( 0) | | | |
| 5 | Other reductions . . . . . . . . | ( 0) | | ( ) | ( 0) |
| 6 | Combine lines 1 through 5 . . . . . . | 14260 | 0 | 0 | 0 |
| 7 | Distributions . . . . . . . . . | 0 | 0 | 0 | 0 |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . | 14260 | 0 | 0 | 0 |

Form **1120-S** (2019)

671519

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**20 19**

□ Final K-1    ☒ Amended K-1    OMB No. 1545-0123

For calendar year 2019, or tax year

beginning   /   / 2019   ending   /   /

## Shareholder's Share of Income, Deductions, Credits, etc.   ▶ See back of form and separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number

7343

**B** Corporation's name, address, city, state, and ZIP code

PEACE INC
6550 N CLARK ST
CHICAGO   IL   60626

**C** IRS Center where corporation filed return

CINCINNATI

### Part II   Information About the Shareholder

**D** Shareholder's identifying number

5458

**E** Shareholder's name, address, city, state, and ZIP code

ZEREZGHI IYASSU
6727 N KARLOV
LINCOLNWOOD   IL   60712

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . .   100   %

*For IRS Use Only*

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 7223 | 13 | Credits |
| 2 | Net rental real estate income (loss) 0 | | |
| 3 | Other net rental income (loss) 0 | | |
| 4 | Interest income 0 | | |
| 5a | Ordinary dividends 0 | | |
| 5b | Qualified dividends 0 | 14 | Foreign transactions |
| 6 | Royalties 0 | | |
| 7 | Net short-term capital gain (loss) 0 | | |
| 8a | Net long-term capital gain (loss) 0 | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain 0 | | |
| 9 | Net section 1231 gain (loss) 0 | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction 0 | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

| | | |
|---|---|---|
| 18 | □ More than one activity for at-risk purposes* | |
| 19 | □ More than one activity for passive activity purposes* | |

\* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    www.irs.gov/Form1120S    **Schedule K-1 (Form 1120-S) 2019**

RNA

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

|  | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. **Net rental real estate income (loss)**    See the Shareholder's Instructions

3. **Other net rental income (loss)**
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Shareholder's Instructions |

4. **Interest income**    Form 1040 or 1040-SR, line 2b
5a. **Ordinary dividends**    Form 1040 or 1040-SR, line 3b
5b. **Qualified dividends**    Form 1040 or 1040-SR, line 3a
6. **Royalties**    Schedule E, line 4
7. **Net short-term capital gain (loss)**    Schedule D, line 5
8a. **Net long-term capital gain (loss)**    Schedule D, line 12
8b. **Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D instructions)
8c. **Unrecaptured section 1250 gain**    See the Shareholder's Instructions
9. **Net section 1231 gain (loss)**    See the Shareholder's Instructions
10. **Other income (loss)**

| Code | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Reserved for future use | |
| F | Section 965(a) inclusion | |
| G | Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| H | Other income (loss) | |

11. **Section 179 deduction**    See the Shareholder's Instructions
12. **Other deductions**

| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Section 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | through R | Reserved for future use |
| S | Other deductions | See the Shareholder's Instructions |

13. **Credits**

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| Code | | *Report on* |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

14. **Foreign transactions**

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| D | Reserved for future use | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

*Deductions allocated and apportioned at shareholder level*

| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| K | Reserved for future use | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

*Other information*

| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

15. **Alternative minimum tax (AMT) items**

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

16. **Items affecting shareholder basis**

| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

17. **Other information**

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest—completed long-term contracts | See Form 8697 |
| J | Look-back interest—income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | See the Shareholder's Instructions |
| M through U | | |
| V | Section 199A information | |
| W through Z | | Reserved for future use |
| AA | Excess taxable income | |
| AB | Excess business interest income | See the Shareholder's Instructions |
| AC | Other information | |

Form **8879-S**

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization for Form 1120-S

▶ ERO must obtain and retain completed Form 8879-S.
▶ Go to *www.irs.gov/Form8879S* for the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019, or tax year beginning 01/01, 2019, and ending 12/31, 2019.

| Name of corporation | Employer identification number |
|---|---|
| PEACE INC | ▉▉▉7343 |

### Part I   Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . . . . | 1 | 28236 |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . . . . . . . . . . . . . | 2 | 28236 |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . . . . . . . . . . | 3 | 7223 |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . . . . . . . . | 4 | 0 |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . . . . . . | 5 | 7223 |

### Part II   Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☒ I authorize KHOURY ACCOUNTING to enter my PIN ▉▉▉▉▉ as my signature
   **ERO firm name**                              **Don't enter all zeros**
   on the corporation's 2019 electronically filed income tax return.

☐ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____   Date ▶ 03/30/2020   Title ▶ PRESIDENT

### Part III   Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ▉▉▉▉▉▉▉▉▉▉▉
                                                                              **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ JOHN J KHOURY   Date ▶ 03/30/2020

---

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

---

For Paperwork Reduction Act Notice, see instructions.

Form **8879-S** (2019)

BNA

## 2018-2019

### Income

| Line | Income Section | 2018 | 2019 |
|------|----------------|------|------|
| 1a | Gross receipts or sales | 26544 | 28236 |
| 1b | Returns and allowances | 0 | 0 |
| 1c | Balance. | 26544 | 28236 |
| 2 | Cost of goods sold | 0 | 0 |
| 3 | Gross profit. | 26544 | 28236 |
| 4 | Net gain (loss) | 0 | 0 |
| 5 | Other income (loss) | 0 | 0 |
| 6 | Total income (loss). | 26544 | 28236 |

### Deductions

| Line | Deductions Section | 2018 | 2019 |
|------|--------------------|------|------|
| 7 | Compensation of officers | 0 | 0 |
| 8 | Salaries and wages (less employment credits) | 0 | 0 |
| 9 | Repairs and maintenance | 0 | 0 |
| 10 | Bad debts | 0 | 0 |
| 11 | Rents | 0 | 0 |
| 12 | Taxes and licenses | 2571 | 6488 |
| 13 | Interest | 0 | 0 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return | 1800 | 0 |
| 15 | Depletion | 0 | 0 |
| 16 | Advertising | 0 | 0 |
| 17 | Pension, profit-sharing, etc., plans | 0 | 0 |
| 18 | Employee benefit programs | 0 | 0 |
| 19 | Other deductions | 15136 | 14525 |
| 20 | Total deductions. | 19507 | 21013 |
| 21 | Ordinary business income (loss). | 7037 | 7223 |

### Tax and Payments

| Line | Tax and Payments section | 2018 | 2019 |
|------|--------------------------|------|------|
| 22a | Excess net passive income or LIFO recapture tax | 0 | 0 |
| 22b | Tax from Schedule D (Form 1120S) | 0 | 0 |
| 22c | Total Tax | 0 | 0 |
| 23a | Estimated tax payments and Overpayment credited | 0 | 0 |
| 23b | Tax deposited with Form 7004 | 0 | 0 |
| 23c | Credit for federal tax paid on fuels | 0 | 0 |
| 23d | Total Payments | 0 | 0 |
| 24 | Estimated tax penalty | 0 | 0 |
| 25 | Amount owed. | 0 | 0 |
| 26 | Overpayment. | 0 | 0 |
| 27 | Credited to Next year's estimated tax | 0 | 0 |
| | Refund | 0 | 0 |

# 2018-2019

### Shareholders' Pro Rata Share Items - Income (Loss)

| Line | Income (Loss) | 2018 | 2019 |
|------|---------------|------|------|
| 1 | Ordinary business income (loss) | 7037 | 7223 |
| 2 | Net rental real estate income (loss) | 0 | 0 |
| 3a | Other gross rental income (loss) | 0 | 0 |
| 3b | Expenses from other rental activities | 0 | 0 |
| 3c | Other net rental income (loss). | 0 | 0 |
| 4 | Interest income | 0 | 0 |
| 5a | Ordinary dividends | 0 | 0 |
| 5b | Qualified dividends | 0 | 0 |
| 6 | Royalties | 0 | 0 |
| 7 | Net short-term capital gain (loss) | 0 | 0 |
| 8a | Net long-term capital gain (loss) | 0 | 0 |
| 8b | Collectibles (28%) gain (loss) | 0 | 0 |
| 8c | Unrecaptured section 1250 gain | 0 | 0 |
| 9 | Net section 1231 gain (loss) | 0 | 0 |
| 10 | Other income (loss) | 0 | 0 |

### Shareholders' Pro Rata Share Items - Deductions

| Line | Deductions | 2018 | 2019 |
|------|------------|------|------|
| 11 | Section 179 deduction | 0 | 0 |
| 12a | Charitable contributions | 0 | 0 |
| 12b | Investment interest expense | 0 | 0 |
| 12c | Section 59(e)(2) expenditures | 0 | 0 |
| 12d | Other deductions | 0 | 0 |

### Shareholders' Pro Rata Share Items - Credits

| Line | Credits | 2018 | 2019 |
|------|---------|------|------|
| 13a | Low-income housing credit (section 42(j)(5)) | 0 | 0 |
| 13b | Low-income housing credit (other) | 0 | 0 |
| 13c | Qualified rehabilitation expenditures (rental real estate) | 0 | 0 |
| 13d | Other rental real estate credits | 0 | 0 |
| 13e | Other rental credits | 0 | 0 |
| 13f | Biofuel producer credit | 0 | 0 |
| 13g | Other credits | 0 | 0 |

## 2018-2019

**Shareholders' Pro Rata Share Items - Foreign Transactions**

| Line | Foreign Transactions | 2018 | 2019 |
|------|----------------------|------|------|
| 14b | Gross income from all sources | 0 | 0 |
| 14c | Gross income sourced at shareholder level | 0 | 0 |
| 14d | Foreign gross income sourced at corporate level - Passive category | 0 | 0 |
| 14e | Foreign gross income sourced at corporate level - General category | 0 | 0 |
| 14f | Foreign gross income sourced at corporate level - Other | 0 | 0 |
| 14g | Deductions allocated and apportioned at shareholder level - Interest expense | 0 | 0 |
| 14h | Deductions allocated and apportioned at shareholder level - Other | 0 | 0 |
| 14i | Deductions allocated and apportioned at corporate level to foreign source income - Passive category | 0 | 0 |
| 14j | Deductions allocated and apportioned at corporate level to foreign source income - General category | 0 | 0 |
| 14k | Deductions allocated and apportioned at corporate level to foreign source income - Other | 0 | 0 |
| 14l | Total foreign taxes | 0 | 0 |
| 14m | Reduction in taxes available for credit | 0 | 0 |

**Shareholders' Pro Rata Share Items - Alternative Minimum Tax (AMT) Items**

| Line | Alternative Minimum Tax (AMT) Items | 2018 | 2019 |
|------|-------------------------------------|------|------|
| 15a | Post-1986 depreciation adjustment | 0 | 0 |
| 15b | Adjusted gain or loss | 0 | 0 |
| 15c | Depletion (other than oil and gas) | 0 | 0 |
| 15d | Oil, gas, and geothermal properties—gross income | 0 | 0 |
| 15e | Oil, gas, and geothermal properties—deductions | 0 | 0 |
| 15f | Other AMT items | 0 | 0 |

**Shareholders' Pro Rata Share Items - Items Affecting Shareholder Basis**

| Line | Items Affecting Shareholder Basis | 2018 | 2019 |
|------|-----------------------------------|------|------|
| 16a | Tax-exempt interest income | 0 | 0 |
| 16b | Other tax-exempt income | 0 | 0 |
| 16c | Nondeductible expenses | 0 | 0 |
| 16d | Distributions | 0 | 0 |
| 16e | Repayment of loans from shareholders | 0 | 0 |

**Shareholders' Pro Rata Share Items - Other Information**

| Line | Other Information | 2018 | 2019 |
|------|-------------------|------|------|
| 17a | Investment income | 0 | 0 |
| 17b | Investment expenses | 0 | 0 |
| 17c | Dividend distributions paid from accumulated earnings and profits | 0 | 0 |

**Shareholders' Pro Rata Share Items - Reconciliation**

| Line | Reconciliation | 2018 | 2019 |
|------|----------------|------|------|
| 18 | Income/loss reconciliation | 7037 | 7223 |

**2019**

1120S Statements

Name: PEACE INC                                    Identifying number: ████ 7343

Statement #1
FORM 1120S - LINE 12 - TAXES AND LICENSES

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES LICENSE | 6488 |
| TOTAL | 6488 |

Statement #2
FORM 1120S - LINE 19 - OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| BANK FEES | 4 |
| INSURANCE | 4500 |
| LICENSE AND PERMITS | 100 |
| MEDALLION RENEWAL | 5471 |
| VEHICLE PARTS | 2500 |
| DEPRECIATION OF VEHICLE | 1950 |
| TOTAL | 14525 |